## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 20-20036-01-DDC/JPO |
| | ) |
| DON A. BELL-JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 11, 2020, in the District of Kansas, the defendant,

**DON A. BELL-JOHNSON,**

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year in the Circuit Court of Jackson County, Missouri, to-wit: in 1989, case number CR89-3122, of Involuntary Manslaughter; in 1996, case number CR95-6309, of Possession of a Controlled Substance; in 1998, case number CR97-06528, of Tampering in the First Degree; in 2004, case number CR2002-05693, of Felony Resisting Arrest; in 2007, case number 0616-CR03271-01, of Assault in the Second Degree; in 2009, case number 0916-CR-02244, of Felony Resisting Arrest; and, in 2018, case number 1716-CR00828-01, of Forgery; knowingly and unlawfully possessed in and affecting interstate and foreign commerce, firearms, to include: a .40 caliber Smith & Wesson pistol, serial number HD5625; and, a .9mm Ruger pistol, Model American, serial number 860-05050; and, ammunition; in violation of Title 18, United States Code,

Sections 922(g)(1), and 924(a)(2) and (e).

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## FORFEITURE NOTICE - FIREARM VIOLATION

2. Upon conviction of the offenses identified in Count 1, the defendant,

**DON A. BELL-JOHNSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offenses, including, but not limited to: a .40 caliber Smith & Wesson pistol, serial number HD5625; and, a .9mm Ruger pistol, Model American, serial number 860-05050; and, ammunition; seized by Bonner Springs, Kansas police, in the District of Kansas, on February 11, 2020.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                             A TRUE BILL.

DATED: June 24, 2020                 *s/ Foreperson*
                                            FOREPERSON OF THE GRAND JURY

*s/ Terra D. Morehead #12759*
STEPHEN R. MCALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Count 1:   Felon in Possession of Firearm and Ammunition - 18 U.S.C. § § 922(g)(1) & 924(a)(2)

- NMT 10 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and
- Forfeiture Allegation.

In the event of three prior convictions constituting a crime of violence or a drug trafficking offense:

- NLT 15 years and NMT Life Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and,
- Forfeiture Allegation.