**In the United States District Court**
**for the District of Kansas**

---

**United States of America**,
    Plaintiff,

v.                                                        Case No. 20-20036-DDC

**Don A. Bell-Johnson**,
    Defendant.

---

**Motion to Withdraw D.E. 27**

---

Don A. Bell-Johnson, by and through counsel, Laquisha Ross, Assistant Federal Public Defender for the District of Kansas, respectfully moves to withdraw the Motion to Suppress Evidence [D.E. 27] filed on January 13, 2023. The incorrect document was filed by counsel.

WHEREFORE, Counsel for the Defendant respectfully requests that the Court allow Defendant to withdraw the Motion to Suppress [D.E. 27].

                                          Respectfully submitted,

                                          s/ Laquisha Ross
                                          LAQUISHA ROSS, #26834
                                          Assistant Federal Public Defender
                                          500 State Avenue, Suite 201
                                          Kansas City, Kansas 66101
                                          Telephone: (913) 551-6712
                                          Fax: (913) 551-6562
                                          Email: laquisha_ross@fd.org
                                          Counsel for Defendant

## **CERTIFICATE OF SERVICE**

   I certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

           s/ Laquisha Ross
           LAQUISHA ROSS, #26834