IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-20036-01-DDC |
| DON A. BELL-JOHNSON, | ) |
| Defendant. | ) |
| IN RE:<br>Glock, SN: BXHL794, with a<br>high-capacity drum | ) |

### UNITED STATES' MOTION TO RELEASE PROPERTY

COMES NOW the United States of America, by and through its counsel, Kate E. Brubacher, United States Attorney for the District of Kansas, and Aaron L. Smith, Assistant United States Attorney, and respectfully moves this Court for an order releasing property and in support thereof represents to the Court the following:

1. On November 30, 2023, the Court entered an Amended Preliminary Order of Forfeiture which forfeited the defendant's interest in a four firearms and ammunition. (Doc. 70).

2. On January 18, 2024, the defendant was sentenced and being part of his sentence, the forfeiture of the assets listed in the Amended Preliminary Order of Forfeiture became final. (Doc. 78).

3. This motion is regarding the Glock, SN: BXHL794 in which the defendant's interest was forfeited.

4. Pursuant to Fed. R. Crim. P. 32.2, third parties asserting a legal interest in the

above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

5.  The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 7, 2023 and ending on January 5, 2024, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Doc. 80).

6.  On January 18, 2024, the United States Marshal Service sent a Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail addressed to T. Johnson, the last known owner of the Glock, SN: BXHL794, with a high-capacity drum.  The certified return receipt was delivered on January 31, 2024.  (Doc. 83).

7.  Thereafter, T. Johnson asserted an ownership interest in the firearm and requested its return.  On August 26, 2024, the United States received confirmation from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) that T. Johnson was the owner of the Glock, SN: BXHL794 identified in paragraph 3, and that he is not prohibited from owning the firearm.

8.  No other person or entity has asserted any interest in the firearm identified in paragraph 3.

9.  The United States does not contest the interest of T. Johnson to the Glock, SN: BXHL794 and, therefore, moves the Court for an order directing ATF to release the firearm to T. Johnson.

10.  As the release of the firearm would extinguish the need for any further forfeiture proceedings related to the Glock, SN: BXHL794, with a high-capacity drum, the ancillary forfeiture proceedings for this firearm can be closed.

WHEREFORE, the United States respectfully moves this Court for an order directing ATF to release the Glock, SN: BXHL794, with a high-capacity drum to T. Johnson.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney

/s/Aaron L. Smith
Aaron L. Smith
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
KS. S. Ct. #20447
Aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

/s/Aaron L. Smith
Aaron L. Smith
Assistant United States Attorney